**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANNA HALL,<br><br>Plaintiff,<br><br>v.<br><br>MARKETEAM, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br>1:25-cv-00742-MHC |

**NOTICE OF WITHDRAWAL OF HENRY M. CLELAND AS COUNSEL FOR DEFENDANT**

Pursuant to Local Rule 83.1(E)(4) for the Northern District of Georgia, Henry M. Cleland hereby withdraws as counsel for Defendant in this action. Russell A. Britt will remain as counsel for Defendant.

Respectfully submitted this 12th day of June, 2026.

**HALL BOOTH SMITH, P.C.**

***/s/ Henry M. Cleland***
HENRY M. CLELAND
Georgia Bar No. 663931

191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
404-954-5000
hcleland@hallboothsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **NOTICE OF WITHDRAWAL OF HENRY M. CLELAND AS COUNSEL FOR DEFENDANTS** upon all parties to this matter via the CM/ECF system which will automatically send electronic notifications to all counsel of record as follows:

Vernon M. Strickland
Alexis N. Herring
Strickland Debrow LLP
246 Bullsboro Drive, Suite A
Newnan, GA 30263
vstrickland@stricklanddebrow.com
aherring@stricklanddebrow.com
*Attorney for Plaintiff*

Respectfully submitted this 12th day of June, 2026.

**HALL BOOTH SMITH, P.C.**

***/s/ Henry M. Cleland***
HENRY M. CLELAND
Georgia Bar No. 663931

191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
404-954-5000
hcleland@hallboothsmith.com